```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 26, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  ANTHONY ZAPPIN                  :
                                :
                                :
                Plaintiff(s),  :     20  Civ. 5602____ (LGS)
                                :
         -against-          :    ORDER OF REFERENCE
                                :            TO A
  J. RICHARD SUPPLE, JR., et al.  :   MAGISTRATE JUDGE
                                :
               Defendant(s). :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Kevin Nathaniel Fox
United States Magistrate Judge, for the following purpose(s):

_____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

✔ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

_____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

_____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

_____

_____

_____ JURY SELECTION

_____ HABEAS CORPUS

_____ INQUEST AFTER DEFAULT / DAMAGES HEARING

_____ SOCIAL SECURITY

_____ SETTLEMENT

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

_____

_____

SO ORDERED.

Dated: August 26, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

* Do not check if already referred for General Pre-Trial.