UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANTHONY ZAPPIN,

                Plaintiff,

              - against -

J. RICHARD SUPPLE, JR.,
HINSHAW & CULBERTSON LLP,

                Defendants.
------------------------------------------------------------ X

Case No. 1:20-cv-05602-LGS-KNF

**CLERK'S CERTIFICATE OF DEFAULT**

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 20, 2020 with the filing of a summons and complaint. In accordance with the Court's directive, Plaintiff Anthony Zappin filed an amended complaint of August 24, 2020. A copy of the summons and amended complaint was served on Defendant J. Richard Supple Jr. and Defendant Hinshaw & Culbertson LLP by personal service on September 29, 2020 and proof of service was thereafter filed on October 20, 2020 (Doc. #s 18-19). I further certify that the docket entries indicate that Defendant J. Richard Supple Jr. and Defendant Hinshaw & Culbertson LLP have not filed an answer or otherwise moved with respect to the amended complaint filed in this action. The default of Defendants J. Richard Supple Jr. and Defendant Hinshaw & Culbertson are hereby noted.

Dated: October  21 , 2020
       New York, New York

                                                               RUBY J. KRAJICK
                                                               Clerk of the Court

                                                  By: _____*K. Mango*_____
                                                                Deputy Clerk