UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ANTHONY ZAPPIN,

    Plaintiff,                                                    Case No. 20 cv 5602 (LGS)(KNF)

v.

J. RICHARD SUPPLE, JR.,
HINSHAW & CULBERTSON LLP,

    Defendants.

## **DECLARATION OF J. RICHARD SUPPLE, JR.**

I, J. Richard Supple, Jr., declare as follows:

1. I am a named defendant in this case.

2. I am a partner in the law firm Clyde & Co US LLP ("Firm") and resident in the Firm's New York office located in the Chrysler Building at 405 Lexington Avenue in Manhattan ("Clyde office").

3. I have not been personally served with plaintiff's summons or amended complaint.

4. I have not personally received a mailed or delivered copy of plaintiff's summons or amended complaint.

5. I was not in the Clyde office on September 29, 2020. I have, however, made personal inquiries with Clyde office staff. As a result of such inquiries, I have knowledge of the policies and procedures of the Clyde office as well as the Chrysler Building reception desk staff ("Chrysler Building Staff") with respect to attempted deliveries to the Firm from third parties.

6. The Chrysler Building Staff does not accept hand-delivered packages from third parties; but rather, will call an employee of the designated recipient to the ground floor so the package can be hand delivered in-person.

7. No one from the Chrysler Building Staff contacted the Firm on September 29, 2020 to advise of an attempt to deliver documents to me.

8. No one named Daniel Sayers is employed by the Firm or by any business contracted by the Firm for support services in the Firm's New York office.

9. I never authorized anyone to accept service of plaintiff's summons or amended complaint.

10. No employee of the Chrysler Building management company is an agent of the Firm or authorized to accept service of process on the Firm, me, or any other lawyer or staff member employed by the Firm.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2020.

*J. Richard Supple, Jr.*

J. Richard Supple, Jr.