# EXHIBIT A

# Visit Log

| Visit Status | Visitor Last Name | Visitor First Name | Representing | Host Last Name | Host First Name | Destination Name | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|
| closed | Hollinsworth | Raymond | | | | Hinshaw & Culbertson 13 Fl | Oct 19, 2020 12:56 PM | Oct 19, 2020 05:59 PM |

