# **EXHIBIT B**



