UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ANTHONY ZAPPIN,

                            Plaintiff,                    Case No. 20-cv-5602-LGS-KNF

              - against -                   **PLAINTIFF'S MOTION**
                                                                 **FOR REARGUMENT AND**
J. RICHARD SUPPLE, JR., *et al.*,           **RECONSIDERATION**

                          Defendants.
------------------------------------------------------------- X

        **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Reargument and Reconsideration dated October 21, 2021, along with all pleadings, filings and proceedings in this matter, Plaintiff moves this Court, before the Honorable Lorna G. Schofield, at the Thurgood Marshall United States Courthouse 40 Foley Square, New York, New York 10007, at a time and date to be set by the Court, for an Order:

1. Pursuant to Fed. R. Civ. P. 59(e) and Local Civil Rule 6.3, reconsidering the October 7, 2021 Order denying Plaintiff leave to file a second amended complaint (*see* Dkt. No. 61);

2. Granting Plaintiff's motion for leave to file his proposed second amended complaint (*see* Dkt. No. 56); and

3. Awarding any other relief that the Court deems just and proper.

Pursuant to Local Civil Rule 6.3, Plaintiff submits herewith a memorandum of law dated October 21, 2021 setting forth both the legal and factual grounds as to why the Court should grant the instant Motion for Reargument and Reconsideration.

Plaintiff's motion for reconsideration is denied without prejudice to renewal by October 28, 2021, for failure to comply with Individual Rule III.B.1. Pursuant to Individual Rule III.B.1, memoranda of law in support of motions for reconsideration shall not exceed ten (10) pages. If Plaintiff seeks to renew his motion for reconsideration, he shall file a compliant motion and memorandum by **October 28, 2021**.

Dated: October 22, 2021
New York, New York

                                                       */s/ Lorna G. Schofield*
                                                         LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE

Dated: October 21, 2021

                                                        */s/ Anthony Zappin*
                                                        _____
                                                        Anthony Zappin
                                                        1827 Washington Blvd.
                                                        Huntington, WV 25701
                                                        (304) 730-4463 (tel.)
                                                        anthony.zappin@gmail.com
                                                        *Plaintiff, Pro Se*

TO:    All parties and counsel (CM/ECF)