UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANTHONY ZAPPIN,

                      Plaintiff,           Case No. 20-cv-5602-LGS-KNF

            - against -           **PLAINTIFF'S MOTION FOR REARGUMENT AND RECONSIDERATION**

J. RICHARD SUPPLE, JR., *et al.*,

                    Defendants.
------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Reargument and Reconsideration dated October 28, 2021, along with all pleadings, filings and proceedings in this matter, Plaintiff moves this Court, before the Honorable Lorna G. Schofield, at the Thurgood Marshall United States Courthouse 40 Foley Square, New York, New York 10007, at a time and date to be set by the Court, for an Order:

1. Pursuant to Fed. R. Civ. P. 59(e) and Local Civil Rule 6.3, reconsidering the October 7, 2021 Order denying Plaintiff leave to file a second amended complaint (*see* Dkt. No. 61);

2. Granting Plaintiff's motion for leave to file his proposed second amended complaint (*see* Dkt. No. 56); and

3. Awarding any other relief that the Court deems just and proper.

Pursuant to Local Civil Rule 6.3, Plaintiff submits herewith a memorandum of law dated October 28, 2021 setting forth both the legal and factual grounds as to why the Court should grant the instant Motion for Reargument and Reconsideration.

Dated: October 28, 2021

_____
Anthony Zappin
1827 Washington Blvd.
Huntington, WV 25701
(304) 730-4463 (tel.)
anthony.zappin@gmail.com
*Plaintiff, Pro Se*

TO:   All parties and counsel (CM/ECF)

## CERTIFICATE OF SERVICE

I hereby certify that, on October 28, 2021, I caused a copy of the foregoing "Plaintiff's Motion for Reargument and Reconsideration," dated October 28, 2021, to be served electronically through the Court's CM/ECF e-filing system on counsel of record for all Defendants in this matter.

Dated: October 28, 2021
       Huntington, West Virginia

                                                   _____
                                                   ANTHONY ZAPPIN